UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.                                                        CASE NO. 8:12-cr-146-T-17EAJ

DANIEL E. LOMBARDI

### FINAL JUDGMENT OF FORFEITURE

THIS CAUSE comes before the Court upon the filing of the Motion by the

United States for a Final Judgment of Forfeiture, pursuant to 21 U.S.C. §

853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), for the following computer equipment:

    a.    ASUS Laptop Computer, Model U56E, Serial Number
          B6N0AS523954252;

    b.    Western Digital 640 GB SATA Hard Disk Drive, Model
          WD6400BPVT, Serial Number WXG1E21C0449; and

    c.    Seagate 250 GB SATA Hard Disk Drive, Model
          ST3250620AS, Serial Number 9QE41DFP.

Being fully advised in the premises, the Court finds that on August 15,

2012, a Preliminary Order of Forfeiture was entered, forfeiting to the United

States all right, title, and interest of defendant Lombardi in the computer

equipment.  Doc. 37.

The Court further finds that the forfeiture of the computer equipment was

included in the Judgment in a Criminal Case.  Docs. 36 and 44.

The Court further finds that in accordance with 21 U.S.C. § 853(n)[1] and

Rule 32.2(b)(6)(C), the United States published notice of the forfeiture and of its

intent to dispose of the computer equipment on the official government website,

www.forfeiture.gov, from August 17, 2012 through September 16, 2012.  Doc. 46.

The publication gave notice to all third parties with a legal interest in the

computer equipment to file with the Office of the Clerk, United States District

Court, Middle District of Florida, Sam Gibbons Federal Courthouse, 2nd Floor,

801 North Florida Avenue, Tampa, Florida 33602, a petition to adjudicate their

interest within 60 days of the first date of publication.

The Court further finds that no person or entity, other than defendant

Lombardi, whose interest was forfeited to the United States in the Preliminary

Order of Forfeiture, is known to have an interest in the computer equipment.  No

third party has filed a petition or claimed an interest in the computer equipment,

and the time for filing a petition has expired.  Accordingly, it is hereby

ORDERED, ADJUDGED, and DECREED that for good cause shown, the

United States' motion is GRANTED.

It is FURTHER ORDERED that pursuant to the provisions of 21 U.S.C. §

853(n)(7) and Fed. R. Crim. P. 32.2(c)(2), all right, title and interest in the

computer equipment is CONDEMNED and FORFEITED to the United States for

---

[1]   As provided in 28 U.S.C. § 2461(c), the procedures set forth in 21
U.S.C. § 853 govern this forfeiture.

disposition according to law.

Clear title to the computer equipment is now vested in the United States of America.

DONE and ORDERED in Chambers in Tampa, Florida, this _22 nd_ day of _October_, 2012.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

3